UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

JOSE AMILCAR ROJAS MAGANA,
Petitioner,
v.
WARDEN, OTAY MESA DETENTION CENTER, et al.,
Respondents.

Case No.: 3:26-cv-4337-JES-DDL

**ORDER FOR BOND HEARING**

**[ECF No. 1]**

Before the Court is Petitioner Jose Amilcar Rojas Magana's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. ECF No. 1. Respondents filed a Response. ECF No. 10. In their Response, Respondents advise that, under the Ninth Circuit's recent decision in *Rodriguez Vazquez v. Bostock*, No. 25-6842, --- F.4th --- (9th Cir. July 30, 2026), Petitioner—an unadmitted alien present in the interior of the United States—is

subject to detention under 8 U.S.C. § 1226(a), not 8 U.S.C. § 1225(b). *Id.* Respondents do not oppose an Order directing a bond hearing under 8 U.S.C. § 1226(a). *Id.*

Accordingly, the Court **GRANTS** the petition as follows:

(1) The Court **ORDERS** the government to provide Petitioner (noncitizen) with a bond determination hearing under 8 U.S.C. § 1226(a) within **ten days** of this Order, unless the noncitizen requests a continuance.

a. At the hearing, the government must provide the noncitizen with a constitutionally adequate and individualized bond hearing, where the IJ **may not** deny the noncitizen bond on the basis that he is detained under 8 U.S.C. § 1225(b)(2); and

(2) The government is **ORDERED** to File a Notice of Compliance within **five days** of providing the noncitizen with a bond determination hearing, including apprising the Court of the results of the hearing and providing a copy of the bond order.

(3) The Clerk of Court is **DIRECTED** to **CLOSE** this case.

**IT IS SO ORDERED.**

Dated: August 3, 2026

Honorable James E. Simmons Jr.
United States District Judge